US District Court
District of South Carolina

Jonathun Lee Riches ©,
Plaintiff

V.

Glenn Beck d/b/a the Glenn Beck show,
Defendant

Civil No:

### Complaint

Under 42 USC 1983. I seek 25 million dollars. FCI Williamsburg loss my property. I came out of solitary and someone swapped my shorts for a bigger pair. I now have size xxxx shorts. I weigh only 123 lbs because I starved in solitary. Someone lost my Noxema and gave it to Beck. I'm missing 3 41¢ stamps. Beck did not report my mistreatment on the show, the world and world wide web needs to know the JLR story.

Respectfully,